IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EMILY COLLOPY, *Individually and for Others Similarly Situated*,

    Plaintiff,

v.               Case No. 23cv0143 KG/JHR

WEXFORD HEALTH SOURCES, INC,

    Defendant.

ORDER DISMISSING ACTION WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation to Dismiss with Prejudice Pursuant to Rule 41 of the Federal Rules of Civil Procedure, filed June 21, 2024, (Doc. 58), it is ORDERED, ADJUDGED and DECREED that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this Action is DISMISSED WITH PREJUDICE, each party to bear its/his own costs.

_____
UNITED STATES DISTRICT JUDGE